358 A.2d 72

General Foods Corporation v. Famous Foods, Inc.,
Appellant.

Argued April 19, 1976. Paul A. Love, for appellant; David McNeil Olds, with him Johanna G. O'Loughlin, for appellee.

Order affirmed.

SPAETH, J., absent.

358 A.2d 77

Hartman, Appellant, v. Baldwin.

Argued April 12, 1976. James F. Israel, with him Gerald W. Weaver, for appellant; Cosmos J. Reale, with him Murovich, Reale & Fossee, for appellee.

Order affirmed.